CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment ( )
Complaint (**X**)
Information ( )
Felony (**X**)
Misdemeanor ( )
Juvenile ( )

County of Offense: Davidson
AUSA's NAME: Josh Kurtzman

Reviewed by AUSA: _____
(Initials)

Elijah Millar
Defendant's Full Name

Defendant's Address

Defendant's Attorney

Interpreter Needed? ____ Yes __X__ No

If Yes, what language? _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(4) | Unlawful possession of a firearm by an individual who has been adjudicated as a mental defective or has been committed to any mental institution at 16 years of age or older | Maximum of 15 years imprisonment | $250,000 |

Is the defendant currently in custody?  Yes ( **X** )   No ( )   If yes, State or Federal? **State**   Writ requested (**Yes**)

Has a complaint been filed?         Yes ( )   No (X)

Has a search warrant been issued?   Yes ( )   No (X)

Was bond set by Magistrate/District Judge? Yes ( )   No ( )    Amount of bond: _____

Is this a Rule 20? Yes ( ) No (X)   To/from what district? _____
Is this a Rule 40? Yes ( ) No (X)   To/from what district? _____

Estimated trial time:    **3 Days**

The Clerk will issue a Summons/**Warrant**   (circle one)  (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes (**X**)  No ( )    Recommended conditions of release: _N/A_____