RECEIVED
By AAllen at 3:39 pm, Jun 20, 2025

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>ELIJAH MILLAR<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 25-mj-1266 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ELIJAH MILLAR,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 922(g)(4) - Unlawful possession of a firearm by an individual who has been adjudicated as a mental defective or has been committed to any mental institution at 16 years of age or older

Date: June 20, 2025

*Issuing officer's signature*

City and state: Nashville, TN

Barbara D. Holmes, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* June 20, 2025, and the person was arrested on *(date)* June 23, 2025
at *(city and state)* Murfreesboro, TN.

Date: June 23, 2025

*Arresting officer's signature*

Special Agent Zachariah Fisher
*Printed name and title*