UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:25-mj-1266 |
| | ) | MAGISTRATE JUDGE NEWBERN |
| ELIJAH MILLAR | ) | |

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. **Elijah Jordan Millar, DOB: XX/XX/2005,** in due form and process of law, is confined in the custody of the Rutherford County Sheriff's Office, 940 New Salem Road, Murfreesboro, Tennessee 37129.

2. Said individual has been charged pursuant to a complaint in Case Number 3:25-mj-1266, and is needed for a detention hearing on **July 28, 2025, at 9:30 a.m.**, before United States Magistrate Judge Alistair Newbern in the United States District Court for the Middle District of Tennessee. A Writ of Habeas Corpus Ad Prosequendum should issue for that purpose.

DATED: July 14, 2025        /s/ *R. David Baker*
                            R. DAVID BAKER
                            Assistant Federal Public Defender

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    United States Marshal, Middle District of Tennessee
       Rutherford County Sheriff's Department

The Petition is GRANTED.

YOU ARE HEREBY COMMANDED to bring or cause to be brought the body of **Elijah Jordan Millar, DOB: XX/XX/2005,** now confined in the custody of Rutherford County Sheriff's Office, 940 New Salem Road, Murfreesboro, Tennessee, to the United States Courthouse at 719 Church St. in Nashville, Tennessee, for a detention hearing on **July 28, 2025, at 9:30 a.m.**

WITNESS the Honorable Alistair Newbern, Magistrate Judge, United States District Court, Middle District of Tennessee.

*/s/ Alistair Newbern*
ALISTAIR NEWBERN
United States Magistrate Judge