IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:25-cr-00151 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(4) |
| | ) | 18 U.S.C. § 924 |
| ELIJAH MILLAR | ) | |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about June 14, 2025, in the Middle District of Tennessee, the defendant, **ELIJAH MILLAR**, knowing he had previously been adjudicated as a mental defective or had been committed to any mental institution at 16 years of age or older, knowingly possessed, in and affecting commerce, a firearm, to wit: a Sig Sauer model P230 caliber 9mm kurz pistol imported by Sig Arms Inc.

In violation of Title 18, United States Code, Sections 922(g)(4) and 924.

A TRUE BILL

_____
FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

_/s/ Josh Kurtzman_
JOSHUA A. KURTZMAN
ASSISTANT UNITED STATES ATTORNEY