UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:25-00151 |
| v. | ) | CHIEF JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE NEWBERN |
| ELIJAH MILLAR | ) | |

## JOINT STATEMENT OF THE PARTIES

Pursuant to this Court's Order (Doc. No. 20), the parties hereby file this joint statement concerning the detention hearing. The parties have conferred and cannot agree on conditions of release at this time. The defense does not intend to proceed with a detention hearing on July 28, 2025.

Respectfully submitted,

s/ *R. David Baker*
R. DAVID BAKER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
David_baker@fd.org

Attorney for Elijah Millar

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2025, I electronically filed the foregoing *Joint Statement of the Parties* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Joshua A. Kurtzman, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

s/ *R. David Baker*
R. DAVID BAKER