# MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. Elijah Millar, No. 3:25-cr-151

**ATTORNEY FOR GOVERNMENT:** Josh Kurtzman

**ATTORNEY FOR DEFENDANT:** David Baker  ☒ AFPD ☐ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Tiana Rock

**INTERPRETER NEEDED?** ☐ YES ☒ NO  **LANGUAGE/INTERPRETER:** ___
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents to appear before the Magistrate Judge by video

☐ **INITIAL APPEARANCE**  ☐ ON A SUMMONS  ☐ ARRESTED ON: ___
   DEFENDANT HAS A COPY OF:
   ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other: ___
   ☐ Defendant advised of the charges & maximum penalties  ☐ Defendant advised of right to counsel
   ☐ Defendant provided the financial affidavit  ☐ Counsel retained  ☐ FPD Appointed
   ☐ Defendant advised of right to silence  ☐ Defendant advised of right to Consular Notification
   ☐ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
   ☐ Defendant advised of right to preliminary hearing  ☐ Defendant waived preliminary hearing
   ☐ Government filed motion for detention  ☐ Defendant Waived detention hearing
   ☐ Defendant temporarily detained  ☐ Defendant reserved right to hearing in future
   ☐ Defendant to remain in Federal custody  ☐ Defendant to be returned to state custody
   ☐ Defendant to remain on current conditions of supervised release
   ☐ Defendant released on:
       ☐ Standard ☐ Special ☐ Appearance Bond: ___  ☐ Property Bond
   ☐ RULE 5- Defendant advised of right to identity hearing  ☐ Defendant waived identity hearing
   ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
   ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** ___
   ☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**  (Waiver of Indictment executed)
☒ **ARRAIGNMENT**
   ☒ Defendant acknowledges receipt of Indictment/Information  ☐ Indictment/Information read to Defendant
   ☒ Defendant waived reading thereof  ☐ Court advised maximum penalties
   **PLEA:** ☐ GUILTY  ☒ NOT GUILTY
   ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** July 28, 2025  **TOTAL TIME:** 2 minutes  1 min AR
**BEGIN TIME:** 9:32 a.m.  **END TIME:** 9:34 a.m.  1min DH
☒ Digitally Recorded  ☐ Court Reporter: ___

Revised on 1/25/24  Page 1 of 2

UNITED STATES OF AMERICA v. Elijah Millar No. 3:25-cr-151

☐ **RULE 5 IDENTITY HEARING**   CONTINUED TO:
   ☐ Defendant found to be person named in the warrant
   ☐ Defendant NOT found to be the person named in the warrant & released
   ☐ Defendant waived identity hearing

☐ **PRELIMINARY HEARING**   CONTINUED TO:
   ☐ Probable Cause found          ☐ Probable Cause NOT found; Released from custody
   ☐ Defendant waived preliminary hearing   ☐ Other:
   ☐ RULE 5- Defendant reserved right to have hearing in the District of Prosecution

■ **DETENTION HEARING**   CONTINUED TO:
   ☐ Government withdrew motion for detention
   ☐ Bond set at:   ☐ Defendant released on:
   ☐ Defendant detained; order to enter
   ■ Defendant waived detention hearing   ■ Defendant reserved right to hearing in future
   ■ Defendant to remain in federal custody   ☐ Defendant to be returned to state custody
   ☐ Government moved for stay of Defendant's release pending appeal
   ☐ RULE 5- Defendant elected to have hearing in District of Prosecution

☐ **OTHER**
   ☐ Type of hearing and outcome:

☐ **DEFENDANT DIDN'T APPEAR AS DIRECTED; BENCH WARRANT ISSUED**

**NOTES/EVIDENTIARY MATTERS:**   ☐ **Witness/Exhibit list attached**

Page 2 of 2