ORDER: The motion (Doc. No. 30) is GRANTED.

*/s/ William L. Campbell Jr.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-cr-00151 |
| | ) | |
| ELIJAH MILLAR | ) | CHIEF JUDGE CAMPBELL |

## GOVERNMENT'S MOTION TO SUBSTITUTE COUNSEL

The United States of America, by and through Robert E. McGuire, Acting United States Attorney and the undersigned, hereby moves this Court to substitute Assistant United States Attorneys Kathryn D. Risinger and Monica R. Morrison in place of Assistant United States Attorney Joshua Kurtzman as the attorney of record for the Government in this case.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

By: *s/Kathryn D. Risinger*
Kathryn D. Risinger
Monica R. Morrison
Assistant U. S. Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed on November 10, 2025, with the Clerk via CM/ECF, and that a copy will be sent to defense counsel, R. David Baker, via CM/ECF.

*s/Kathryn D. Risinger*
Kathryn D. Risinger
Assistant United States Attorney