UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:25-00151 |
| v. | ) CHIEF JUDGE CAMPBELL |
| | ) |
| ELIJAH MILLAR | ) |

## UNOPPOSED MOTION TO CONTINUE TRIAL AND ALL RELATED DEADLINES

Elijah Millar, through counsel, moves this Court for an order continuing the trial that is currently set on December 9, 2025, and resetting all trial related deadlines. Assistant United States Attorney Katy Risinger has authorized defense counsel to state that the government is not opposed to this continuance.

Mr. Millar requests a continuance because the government has informed defense counsel that it intends to file additional charges against Mr. Millar related to illegal CSAM materials allegedly found on Mr. Millar's telephone. The charges have not been filed yet, and the defendant will need time to investigate the new charges, prepare a defense, and negotiate with the government regarding a resolution of all the charges. The new charges may be very serious and carry much more severe punishment than the single charge in this pending indictment if Mr. Millar is convicted of them. The parties will attempt to negotiate a global resolution of all charges against Mr. Millar. Thus, the parties request that this Court continue the trial date of this case until a date in April 2026, if that is convenient for this Court. The parties also request that this Court set a status conference in late January 2026 regarding this case and the potential new charges.

Mr. Millar respectfully submits that a continuance is in the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A), and that a continuance is necessary to allow the parties time to complete their investigation of the possible new charges and negotiate a resolution of all charges if possible.

Mr. Millar has signed a written waiver of his rights to a speedy trial and that waiver will be filed contemporaneously with this motion.

Respectfully submitted,

s/ *R. David Baker*
R. DAVID BAKER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
David_baker@fd.org

Attorney for Elijah Millar

# CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I electronically filed the foregoing *Unopposed Motion to Continue Trial and All Related Deadlines* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Kathryn Risinger and Monica Morrison, Assistant United States Attorneys, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

s/ *R. David Baker*
R. DAVID BAKER