IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 3:25-cr-00151 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| ELIJAH MILLAR | ) | |

## ORDER

Pending before the Court is Defendant's motion to continue the trial currently set for December 9, 2025, and all trial related deadlines. (Doc. No. 32). As cause for the requested continuance, Defendant states that the Government is expected to file additional charges related to materials allegedly found on Defendant's cell phone. Defendant will need additional time to investigate the forthcoming charges, prepare a defense, and potentially negotiate a resolution. Defendant filed a Waiver of Speedy Trial. (Doc. No. 33). The Government has no objection to the requested continuance. Defendant requests a trial date in April 2026 and a status conference in late January 2026.

The motion is **GRANTED**. Accordingly, the trial is **CONTINUED** to **April 21, 2026, at 9:00 a.m.**, and the pretrial conference and all deadlines associated with the December 9, 2025 trial date are rescheduled as set forth herein. A status conference will be held on **January 21, 2026, at 10:00 a.m.**, and a pretrial conference will be held on **April 13, 2026, at 11:00 a.m.** All lawyers who will participate in the trial must attend the pretrial conference. Pretrial motions shall be filed by **March 2, 2026**, and responses filed within 10 days.

The Court concludes that the period of delay occasioned by the granting of the continuance is reasonable and excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq.* The Court

specifically finds that the interests of justice served by granting the continuance outweigh the interests of the public and Defendant in a speedy trial on the date previously scheduled. 18 U.S.C. § 3161(h)(7)(A),(B). Defendant is likely to be prejudiced if counsel is not adequately prepared for the trial despite due diligence, and the public interest will not be served if such prejudice ultimately requires this case to be retried.

Any plea agreement shall be consummated on or before **April 6, 2026**, and the courtroom deputy so notified. If a plea agreement is submitted, the hearing to take the plea will take place on **April 13, 2026, at 11:00 a.m.** On or before **April 7, 2026**, the parties shall submit to chambers the proposed plea agreement, and a document that lists the elements of each offense to which Defendant is pleading guilty and the statutory penalty for each, including period of incarceration, fine, and the applicable period of supervised release, and Defendant shall submit a plea petition.

If the case is to be tried, the parties shall file the following on or before **April 7, 2026**:

1. An agreed set of case specific jury instructions, with citations to supporting authorities.

2. Alternative versions of jury instructions on which there is not an agreement, with citations to supporting authorities.

3. An agreed verdict form or alternative versions.

The parties shall email a Word version of all proposed instructions and verdict forms that are filed to ccampbellchambers@tnmd.uscourts.gov.

All notices under Federal Rule of Evidence 404(b) and expert disclosure pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and (b)(1)(C) shall be provided by **March 24, 2026**. Motions in limine shall be filed on or before **March 31, 2026**, and responses shall be filed

2

on or before **April 7, 2026**.

Any motion to continue the trial shall be filed by **April 7, 2026**, and any response shall be filed by **April 10, 2026**. All motions to continue shall be accompanied by a Waiver of Speedy Trial Rights executed by Defendant, or shall contain an explanation of why such Waiver is not attached.

The parties are forewarned that motions filed after the deadlines set forth herein may not be considered by the Court. Counsel for the parties shall comply timely with the discovery and motion provisions of L.Cr.R. 12.01 and 16.01. Defendant shall attend all Court proceedings in this case.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE