IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:25-cr-00151 |
| | ) | JUDGE CAMPBELL |
| ELIJAH MILLAR | ) | |

## ORDER

Due to a conflict in the Court's calendar, the status conference currently set for January 21, 2026, at 10:00 a.m. is CANCELLED to be reset by separate order if necessary.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE