| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-cr-00151 |
| v. | ) | |
| | ) | Chief Judge Campbell, Jr. |
| ELIJAH MILLAR | ) | |

**GOVERNMENT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE
404(b) NOTICE, EXPERT NOTICES, AND MOTIONS IN LIMINE**

The United States, by and through United States Attorney Braden H. Boucek, and Kathryn D. Risinger and Monica R. Morrison, Assistant United States Attorneys, respectfully requests that the Court extend the deadline for the parties to file any notices required under Federal Rule of Evidence 404(b), expert disclosures pursuant to Federal Rule of Criminal Procedure 16, and any motions in limine.

Trial in this case is scheduled for April 21, 2026. The parties are currently in discussions regarding how to move forward with the defendant's current charges as well as regarding additional charges being investigated and considered by the Government against the defendant. Pursuant to the Court's November 20, 2025, scheduling order (D.E. 34), the deadline for any 404(b) notice and expert disclosure notices is currently March 24, 2026. And the deadline for any motions in limine to be filed is March 31, 2026. The Government requests that both of these deadlines be extended until Monday, April 6, 2026.

The Government has conferred with counsel for the defendant, and they do not oppose this motion.

<div style="margin-left: 50%;">

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

By:

*/s/ Kathryn D. Risinger*____
Kathryn D. Risinger
Monica R. Morrison
Assistant United States Attorneys
719 Church Street
Nashville, Tennessee 37203

</div>