**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. 3:25-cr-00151 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| ELIJAH MILLAR | ) | |

## ORDER

Pending before the Court is the Government's Unopposed Motion for Extension of Time to File 404(b) Notice, Expert Notices, and Motions in Limine. (Doc. No. 36). Trial in this case is scheduled for April 21, 2026. The Government states that the parties are in discussions regarding Defendant's current charges and additional charges being investigated by the Government against Defendant. The Government requests an extension until April 6, 2026 to file any 404(b) notice, expert disclosure notices, and motions in limine. The Government's motion (Doc. No. 36) is **GRANTED**, and the deadlines for any 404(b) notice, expert disclosure notices, and motions in limine are extended to April 6, 2026.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE