**FILED**

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

APR 0 1 2026

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-cr-00151 |
| | ) | |
| | ) | Chief Judge Campbell |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(4) |
| | ) | 18 U.S.C. § 924 |
| | ) | 18 U.S.C. § 1466A(b)(1) |
| | ) | 18 U.S.C. § 2252A(a)(2) |
| ELIJAH MILLAR | ) | 18 U.S.C. § 2252A(b)(1) |

# S U P E R S E D I N G   I N D I C T M E N T

## COUNT ONE

THE GRAND JURY CHARGES:

Beginning on or about March 30, 2025, and through on or about April 2, 2025, in the Middle District of Tennessee, the defendant, **ELIJAH MILLAR**, knowing he had previously been adjudicated as a mental defective or had been committed to any mental institution at 16 years of age or older, knowingly possessed, in and affecting commerce, a firearm, to wit: a Smith & Wesson, model: 10, caliber: .38 special revolver and a Mossberg, model: 500A, caliber: 12-gauge shotgun.

In violation of Title 18, United States Code, Sections 922(g)(4) and 924.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about June 14, 2025, in the Middle District of Tennessee, the defendant, **ELIJAH MILLAR**, knowing he had previously been adjudicated as a mental defective or had been committed to any mental institution at 16 years of age or older, knowingly possessed, in and affecting commerce, a firearm, to wit: a Sig Sauer model P230 caliber 9mm kurz pistol.

In violation of Title 18, United States Code, Sections 922(g)(4) and 924.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about June 16, 2025, in the Middle District of Tennessee, the defendant, **ELIJAH MILLAR**, knowing he had previously been adjudicated as a mental defective or had been committed to any mental institution at 16 years of age or older, knowingly possessed, in and affecting commerce, a firearm, to wit: a Walther, model: PPS, caliber: 9x19mm pistol.

In violation of Title 18, United States Code, Sections 922(g)(4) and 924.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

Beginning on a date unknown to the Grand Jury but no later than on or about June 16, 2025, in the Middle District of Tennessee, the defendant, **ELIJAH MILLAR,** knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and has been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about June 16, 2025, in the Middle District of Tennessee, the defendant, **ELIJAH MILLAR**, did knowingly produce, distribute, receive, and possess with intent to distribute a visual depiction of any kind, including a drawing, cartoon, and painting that depicts a minor engaging in sexually explicit conduct and is obscene and this visual depiction had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and was

2

produced using materials that have been mailed, and that have been shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 1466A(b)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in this Superseding Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Counts One, Two, and Three of this Superseding Indictment, the defendant, **ELIJAH MILLAR**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including:

    (a)    a Smith & Wesson, model: 10, caliber: .38 special revolver bearing serial number E20396;

    (b)    a Mossberg, model: 500A, caliber: 12-gauge shotgun, bearing serial number P746192;

    (c)    a Sig Sauer model P230 caliber 9mm kurz pistol, bearing serial number S141667;

    (d)    a Walther, model: PPS, caliber: 9x19mm pistol, bearing serial number AN7279; and

    (e)    any related ammunition.

3. Upon conviction of one more of the offenses alleged in Counts Four and Five of this Superseding Indictment, the defendant, **ELIJAH MILLAR,** shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253 and 1467:

3

(a)     Any visual depiction described in 18 U.S.C. §§ 2251 or 2252A, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction which was produced, transported, mailed, shipped, or received in violation of law;

(b)     Any obscene material produced, transported, mailed, shipped, received, or possessed in violation of law;

(c)     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

(d)     Any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property including but not limited to:

Any electronic devices seized from the defendant, **ELIJAH MILLAR**.

A TRUE BILL

███████████████████

FOREPERSON

BRADEN H. BOUCEK
UNITED STATES ATTORNEY

KATHRYN D. RISINGER
MONICA R. MORRISON
ASSISTANT UNITED STATES ATTORNEYS

4