CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment - Superseding (**X**)
Complaint ( )
Information ( )
Felony (**X**)
Misdemeanor ( )
Juvenile ( )

County of Offense        Davidson
AUSA's NAME              Kathryn Risinger, Monica Morrison
                         *MRM*
Reviewed by AUSA         _____
                         (Initials)

Elijah Millar
Defendant's Full Name

Chief Judge Campbell 3 25-cr-00151

In custody
Defendant's Address

Interpreter Needed? _____ Yes ___X___ No

AFPD David Baker, Mary-Kathryn Harcombe
Defendant's Attorney

If Yes, what language? _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX FINE |
|---|---|---|---|---|
| 1-3 | 18 U S C § 922(g)(4) | Unlawful possession of a firearm by an individual who has been adjudicated as a mental defective or has been committed to any mental institution at 16 years of age or older | Maximum of 15 years imprisonment | $250,000 |
| 4 | 18 U S C § 2252A(a)(2) | Receipt of Child Pornography | Mandatory minimum sentence of 5 years, maximum sentence of 20 years | $250,000 |
| 5 | 18 U S C § 1466A(b)(1) | Receipt of Obscene Visual Depictions of the Sexual Abuse of Minors | Mandatory minimum sentence of 5 years, maximum sentence of 20 years | $250,000 |

Is the defendant currently in custody? Yes (**X**)   No ( )   If yes, State or Federal? **Federal**   Writ requested ( )

Has a complaint been filed?          Yes (**X**)   No   ( ) Complaint 25-mj-1266 (Judge Holmes)

Has a search warrant been issued?    Yes (**X**)   No   ( )

Was bond set by Magistrate/District Judge? Yes ( )   No ( )        Amount of bond _____

Is this a Rule 20? Yes ( )  No (X)    To/from what district? _____
Is this a Rule 40? Yes ( )  No (X)    To/from what district? _____

Estimated trial time:        **4 Days**

The Clerk will issue a ~~Summons/Warrant~~    (circle one)  (Note  If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested  Yes (X)  No ( )     Recommended conditions of release  N/A