IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:25-cr-00151 |
| v. | ) | |
| | ) | Chief Judge Campbell, Jr. |
| ELIJAH MILLAR | ) | |

**JOINT MOTION TO CANCEL TRIAL FILING DEADLINES AND SCHEDULE
A STATUS CONFERENCE**

The United States, by and through United States Attorney Braden H. Boucek, and Kathryn D. Risinger and Monica R. Morrison, Assistant United States Attorneys, and David Baker and MaryKathryn Harcombe, counsel for the defendant, respectfully requests that the Court cancel all current trial deadlines and schedule this case for a status conference.

Trial in this case is currently scheduled for April 21, 2026. On April 1, 2026, the Government superseded the charges against the defendant. The defendant is now charged with three counts of Being a Prohibited Person in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(4) and 924 (Counts One through Three); one count of Receipt of Child Sexual Abuse Material, in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1); and one count of Producing, Distributing, Receiving, and Possession Obscene Materials, in violation of 18 U.S.C. § 1466A(b)(1). (*See* D.E. 38.) The parties are currently in discussions regarding how to move forward with the defendant's case. Due to the upcoming trial date, the parties have multiple upcoming trial filing deadlines, but it seems unlikely that this case will proceed to trial as scheduled in light of the Superseding Indictment and its implications on Speedy Trial issues. Accordingly, the parties request that the Court cancel all upcoming trial filing deadlines and schedule a status conference in this matter.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney
Middle District of Tennessee

By:

*/s/ Kathryn D. Risinger*____
Kathryn D. Risinger
Monica R. Morrison
Assistant United States Attorneys
719 Church Street
Nashville, Tennessee 37203