**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | NO. 3:25-cr-00151 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| ELIJAH MILLAR ) | |

## ORDER

On April 1, 2026, the Grand Jury returned a Superseding Indictment against Defendant with four additional charges. (*See* Doc. No. 38). In light of the Superseding Indictment, the parties jointly move to cancel pretrial deadlines associated with the April 21, 2026 trial date and set a status conference to discuss how to proceed. (Doc. No. 40). The motion is **GRANTED**.

Accordingly, all deadlines associated with the April 21, 2026 trial date are cancelled and the pretrial conference / plea hearing scheduled for April 13, 2026, at 11:00 a.m. is converted to a status conference.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE