# IN THE UNITED STATES DISTRICT COURT FOR
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

**UNITED STATES OF AMERICA**    )

    )

**v.**    )    **3:25-cr-00151**

    )    **JUDGE CAMPBELL**

**ELIJAH MILLAR**    )

## ORDER

The status conference currently set for April 13, 2026, at 11:00 a.m. is RESET to 3:30 p.m.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE