IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
v. ) Case No. 3:25-cr-00151
)
) Chief Judge Campbell
ELIJAH MILLAR )

## JOINT MOTION TO CANCEL STATUS CONFERENCE

COMES NOW the United States of America, by and through Braden H. Boucek,

United States Attorney, and the undersigned Assistant United States Attorneys,

Kathryn D. Risinger and Monica R. Morrison, and the Defendant, through his counsel

R. David Baker and Mary-Kathryn Harcombe, move the Court to cancel the Status

Conference, which is set for July 22, 2026. The Parties believe a Status Conference

is not necessary at this time as they are attempting to negotiate a resolution of this

matter and are scheduling additional evidence reviews in furtherance of resolution.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney

By: _s/ Monica R. Morrison_
MONICA R. MORRISON
KATHRYN D. RISINGER
Assistant U. S. Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

Respectfully submitted,


s/ *R. David Baker*
R. DAVID BAKER
Assistant Federal Public Defender
164 Rosa L. Parks Blvd.
Nashville, Tennessee 37203
615-736-5047
David_baker@fd.org



s/ *Mary Kathryn Harcombe*
MARY KATHRYN HARCOMBE
Assistant Federal Public Defender
164 Rosa L. Parks Blvd.
Nashville, Tennessee 37203
615-736-5047
marykathryn_harcombe@fd.org

Attorneys for Elijah Millar