**IN THE UNITED STATES DISTRICT COURT FOR**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )     **3:25-cr-00151** |
| | )     **JUDGE CAMPBELL** |
| **ELIJAH MILLAR** | ) |

## <u>ORDER</u>

Pending before the Court is a Joint Motion to Cancel Status Conference (Doc. No. 49). The

motion is GRANTED, and the status conference currently set for July 22, 2026, at 2:00 p.m. is

CANCELLED.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE