UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:25-00151 |
| v. | ) | CHIEF JUDGE CAMPBELL |
| | ) | |
| ELIJAH MILLAR | ) | |

JOINT MOTION TO CONTINUE TRIAL

The parties, as evidenced by signatures of respective counsel below, hereby jointly move this Honorable Court for an order continuing the jury trial that is presently set in this case on October 13, 2026, and continuing all trial-related deadlines. The parties have conferred and request that this Court set a firm trial date on a date in July 2027.

The parties request a continuance of the trial because they are attempting to work out a plea agreement in this case and need more time to complete negotiations. At the status conference held in this case on April l3, 2026, when this Court set the current trial date of October 13, 2026, the government informed this Court that the October 13 trial date was a placeholder, and that would likely need to request another continuance. The government is still analyzing over 180,000 images taken from Mr. Millar's devices and social media, and the government needs additional time to complete the analysis. In addition, the defense is continuing its investigation into this case and needs additional time to complete a review of the massive number of images that are in the sole custody of the government and to complete the defense investigation. Despite due diligence, the defense needs

additional time to complete its preparation of the defense and to complete plea negotiations with the government.

Mr. Millar has executed a written waiver of his right to a speedy trial and that waiver is filed contemporaneously with this motion.

The parties respectfully submit that this Court should continue the trial to a date in July 2027 and find that the period of delay from the current trial date of October 13, 2026, until the new trial date is excludable under the Speedy Trial Act because the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

s/ *R. David Baker*
R. DAVID BAKER
Assistant Federal Public Defender
164 Rosa L. Parks Blvd.
Nashville, Tennessee 37203
615-736-5047
David_baker@fd.org

Attorney for Elijah Millar

/s *Kathryn Risinger*
KATHRYN RISINGER
Assistant United States Attorney
719 Church St., Suite 1100
Nashville, TN 37203
Katy.risinger@usdoj.gov
615-736-5151

Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2026, I electronically filed the foregoing *Joint Motion to Continue Trial* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Kathryn Risinger and Monica Morrison, Assistant United States Attorneys, 719 Church Street, Suite 3300, Nashville, Tennessee, 37203.

s/ *R. David Baker*
R. DAVID BAKER